# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**NIKITA HAWKINS, as Personal Representative**                 **PLAINTIFF**
**of the Estate of LANDRIS HAWKINS, deceased,**

**v.**                 **CASE NO. 4:15CV00281 BSM**

**JASON ROBERTS et al.**                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this date, this case is hereby dismissed with prejudice.

DATED this 12th day of July 2016.

_____
UNITED STATES DISTRICT JUDGE